**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**ALBERT WEATHERS,**

            **Plaintiff,**

      **v.**                                      **9:12-CV-1301
                                                    (NAM/ATB)**

**DAVID ROCK, et al.,**

            **Defendants.**

_____

**APPEARANCES:**                                    **OF COUNSEL:**

Albert Weathers
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN              Cathy Y. Sheehan, Esq.
Attorney General for the                       Assistant Attorney General
 State of New York
The Capitol
Albany, NY 12224-0341
Counsel for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 6th day of August 2014. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

Such Report-Recommendation, which was mailed to plaintiff's last known address, was returned to the Court as "unclaimed."

After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 64) is granted, and the complaint is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: September 23, 2014
       Syracuse, New York

*Norman A. Mordue*
Senior U.S. District Judge